# Sandy Springs Center for Nursing and Healing LLC

# Ownership

**Legal business name**

Ssc Atlanta Operating Company LLC

**Ownership type**

For profit - Limited Liability company

**Contact info**

1500 S Johnson Ferry Road
Atlanta, GA 30319
(404) 252-2002

## Owners and managers of Sandy Springs Center for Nursing and Healing LLC

**OWNER**
5% or greater direct ownership interest

**GEORGIA HOLDCO II, LLC (100%)**

since 11/08/2017

**PROTO EQUITY HOLDINGS, LLC**

since 10/11/2013

**TERPAX, INC.**

since 10/11/2013

5% or greater indirect ownership interest

### MASTER TENANT PARENT HOLDCO II, LLC

since 11/08/2017

### ROLES, JERRALD

since 04/01/2019

### SAVASENIORCARE LLC

since 10/11/2013

### SSC EQUITY HOLDINGS MT LLC

since 11/08/2017

## OPERATIONAL/MANAGERIAL CONTROL

### STENGER, CHRISTOPHER

since 09/01/2018

## DIRECTOR

### MAXWELL, AMY

since 04/30/2019

## OFFICER

### MAXWELL, AMY

since 04/30/2019

### SIMS, WYNN

since 10/12/2005

### TOLBERT, MATTHEW

since 07/01/2020

## MANAGING EMPLOYEE

## LAMUYON, SHARON

since 07/01/2020

## MARTIN, MATTHEW

since 07/01/2020

## TOLBERT, MATTHEW

since 11/04/2019