# Roselane Health Center by Harborview

# Ownership

**Legal business name**

Marietta Operating Company LLC

**Ownership type**

Government - Federal

**Contact info**

613 Roselane Street
Marietta, GA 30060
(770) 792-9800

## Owners and managers of Roselane Health Center by Harborview

**OWNER**
5% or greater direct ownership interest

### GEORGIA GL HOLDCO, LLC (100%)

since 11/01/2016

### SSC EQUITY HOLDINGS LLC

since 11/01/2016

5% or greater indirect ownership interest

### PROTO EQUITY HOLDINGS, LLC

since 11/01/2016

### REDWOOD EQUITY HOLDINGS LLC

since 11/01/2016

### REDWOOD HOLDINGS PARENT HOLDCO LLC

since 11/01/2016

### ROLES, JERRALD

since 04/01/2019

### SAVASENIORCARE LLC

since 11/01/2016

### TERPAX, INC.

since 11/01/2016

## OPERATIONAL/MANAGERIAL CONTROL

### STENGER, CHRISTOPHER

since 08/01/2018

## DIRECTOR

### MAXWELL, AMY

since 04/30/2019

## OFFICER

### MAXWELL, AMY

since 04/30/2019

### ROLES, JERRALD

since 04/01/2019

### SIMS, WYNN

since 11/01/2016

### STENGER, CHRISTOPHER

since 04/01/2019

## MANAGING EMPLOYEE

### PAYNE, SANDRA

since 05/01/2019