# Harborview Rome

# Ownership

### Legal business name
Rome Operating Company LLC

### Ownership type
For profit - Corporation

### Contact info
1345 Redmond Road
Rome, GA 30165
(706) 234-8281

## Owners and managers of Harborview Rome

**OWNER**
5% or greater direct ownership interest

### GEORGIA GL HOLDCO, LLC (100%)
since 11/01/2016

### SSC EQUITY HOLDINGS LLC
since 08/13/2009

5% or greater indirect ownership interest

### PROTO EQUITY HOLDINGS, LLC
since 11/01/2016

### REDWOOD EQUITY HOLDINGS LLC

since 11/01/2016

### REDWOOD HOLDINGS PARENT HOLDCO LLC

since 11/01/2016

### ROLES, JERRALD

since 04/01/2019

### SAVASENIORCARE LLC

since 11/01/2016

### TERPAX, INC.

since 11/01/2016

## OPERATIONAL/MANAGERIAL CONTROL

### STENGER, CHRISTOPHER

since 08/31/2018

## DIRECTOR

### MAXWELL, AMY

since 04/30/2019

## OFFICER

### MAXWELL, AMY

since 04/30/2019

### SIMS, WYNN

since 11/01/2016

### TRULLINGER, GARY

since 08/01/2018

**MANAGING EMPLOYEE**

### HAISLIP-LYNN, JENNIFER

since 11/01/2016

### THOMAS, LISA

since 11/01/2016

### TRULLINGER, GARY

since 08/01/2018