Cherokee Center for Nursing
and Healing LLC

# Ownership

### Legal business name

Ssc Canton Operating Company LLC

### Ownership type

For profit - Corporation

### Contact info

150 Hospital Circle NW
Canton, GA 30114
(770) 479-5649

## Owners and managers of Cherokee Center for Nursing and Healing LLC

OWNER
5% or greater direct ownership interest

### GEORGIA HOLDCO, LLC

since 10/11/2013

### PROTO EQUITY HOLDINGS, LLC

since 10/11/2013

### SAVASENIORCARE LLC

since 09/01/2005

### TERPAX, INC. (100%)

since 10/11/2013

5% or greater indirect ownership interest

## CAROLINA MASTER TENANT HOLDINGS LLC

since 01/01/2019

## ROLES, JERRALD

since 04/01/2019

## SSC CAROLINA EQUITY HOLDINGS, LLC

since 01/01/2019

### OPERATIONAL/MANAGERIAL CONTROL

## STENGER, CHRISTOPHER

since 11/01/2018

### DIRECTOR

## SHANE, ANDREW

since 12/01/2020

### OFFICER

## SHANE, ANDREW

since 12/01/2020

## SIMS, WYNN

since 10/12/2005

### MANAGING EMPLOYEE

## BROWN, WILLIAM

since 12/01/2021

## O'BRIEN, CHARLES

8/17/22, 3:17 PM

Case 22-02028-jrs    Doc 1-6 Find Healthcare Providers: Compare Care Near You | Medicare 7:53    Desc
Exhibit Ownership Structure    Page 3 of 3

since 12/01/2021

SINGH, ANEETA

since 12/01/2020