Anderson Mill Center for
Nursing and Healing LLC

# Ownership

**Legal business name**

Ssc Austell Operating Company LLC

**Ownership type**

For profit - Corporation

**Contact info**

2130 Anderson Mill Rd
Austell, GA 30106
(770) 941-8813

## Owners and managers of Anderson Mill Center for Nursing and Healing LLC

**OWNER**
5% or greater direct ownership interest

### GEORGIA HOLDCO, LLC

since 10/11/2013

### PROTO EQUITY HOLDINGS, LLC

since 10/11/2013

### SAVASENIORCARE LLC

since 09/01/2005

### TERPAX, INC. (100%)

since 10/11/2013

5% or greater indirect ownership interest

### CAROLINA MASTER TENANT HOLDINGS LLC

since 01/01/2019

### ROLES, JERRALD

since 04/01/2019

### SSC CAROLINA EQUITY HOLDINGS, LLC

since 01/01/2019

## OPERATIONAL/MANAGERIAL CONTROL

### STENGER, CHRISTOPHER

since 09/01/2018

## OFFICER

### O'BRIEN, CHARLES

since 12/01/2020

### SHANE, ANDREW

since 12/01/2020

### SIMS, WYNN

since 10/12/2005

## MANAGING EMPLOYEE

### JOSEPH, CHRISTANE

since 11/01/2021

### MOORE, MATTHEW

since 11/01/2021

### O'BRIEN, CHARLES

since 12/01/2020