**SavaSeniorCare**
Administrative Services

July 16, 2021

KEYS MEDICAL STAFFING LLC
3140 NEIL ARMSTRONG BLND, SUITE 203
EAGAN, MN

Re:     Contractors providing Direct Patient Care

Attention Vendor:

Effective July 1st, 2016, the Centers for Medicare and Medicaid Services (CMS) made it a requirement that all nursing facilities submit staffing information for total direct care hours worked, including agency and contract staff.  In order to comply with this requirement, all agencies must include the following information for each individual providing nursing service at any of our facilities:

- The facility name and address where the services were provided
- Name of agency staff member providing the service (first, last, and middle initial)
- Date worked (Hours must be reported by day, this cannot be a range of days)
- Hours worked – Clock in and out times
- Type of Service Provided – Job title, category or discipline (including if licensed)
- Expenses and supporting documentation – Travel expenses must be billed on the same invoice as the corresponding time period for the labor charge.
- If billing multiple contractors on one invoice, please group by contractor

This information is in addition to the standard invoice requirements of payee name, remit to address, invoice number, invoice date, hourly rate, and total amount due.

If the invoice itself does not include the time detail of each agency staff member's clock in and out times, then individual time sheets that have been signed by both the agency staff member providing services and facility personnel must be submitted along with the invoice.   We are unable to process invoices without the time detail for each agency staff member.  Invoices and timesheets must be legible.

To ensure timely receipt and processing of your invoices, please update the billing address to:

Facility Name (where service was provided)
C/O SSC Admin Svcs – AP
5300 W. Sam Houston Pkwy N, Ste 100
Houston, TX  77041-5162

If email is the preferred method of invoice submission, you may email invoices along with supporting documentation to **APAdmin@savasc.com** instead. Invoices and timesheets must be submitted in black and white PDF or TIF format.

Thank you for your immediate attention to this request; we appreciate your cooperation.

Regards,

Nancy Nguyen
Accounts Payable Manager