# Invoice Aging
## Keys Medical Staffing LLC



Entity Level (HierId 5247)

AR Aging based on the Invoice Date as of 7/21/2022, from the following selected branches: '(All Branches Selected)'.

| Customer Name | Invoice Date | Invoice # | Amount | Paid | 0-30 | 31-60 | 61-90 | 90+ | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Branch: KMS Chicago** | | | | | | | | | |
| SSC Canton Operating Company | 8/26/2021 | 41900867 | $29,102.27 | $22,524.55 | $0.00 | $0.00 | $0.00 | $6,577.72 | $6,577.72 |
| SSC Canton Operating Company | 9/2/2021 | 41900892 | $31,163.29 | $29,466.54 | $0.00 | $0.00 | $0.00 | $1,696.75 | $1,696.75 |
| SSC Canton Operating Company | 9/9/2021 | 41900913 | $34,504.31 | $27,310.60 | $0.00 | $0.00 | $0.00 | $7,193.71 | $7,193.71 |
| SSC Canton Operating Company | 10/1/2021 | 41900992 | $1,296.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,296.00 | $1,296.00 |
| SSC Canton Operating Company | 10/12/2021 | 41901014 | $5,687.90 | $0.00 | $0.00 | $0.00 | $0.00 | $5,687.90 | $5,687.90 |
| SSC Canton Operating Company | 10/14/2021 | 41901021 | $66,881.74 | $63,439.41 | $0.00 | $0.00 | $0.00 | $3,442.33 | $3,442.33 |
| SSC Canton Operating Company | 10/19/2021 | 41901032 | $2,282.37 | $0.00 | $0.00 | $0.00 | $0.00 | $2,282.37 | $2,282.37 |
| SSC Canton Operating Company | 11/9/2021 | 41901086 | $68,068.59 | $46,283.43 | $0.00 | $0.00 | $0.00 | $21,785.16 | $21,785.16 |
| SSC Canton Operating Company | 11/23/2021 | 41901115 | $72,439.94 | $63,863.03 | $0.00 | $0.00 | $0.00 | $8,576.91 | $8,576.91 |
| SSC Canton Operating Company | 11/29/2021 | 41901125 | $6,588.20 | $0.00 | $0.00 | $0.00 | $0.00 | $6,588.20 | $6,588.20 |
| SSC Canton Operating Company | 12/16/2021 | 41901168 | $25,368.47 | $0.00 | $0.00 | $0.00 | $0.00 | $25,368.47 | $25,368.47 |
| SSC Canton Operating Company | 12/16/2021 | 41901169 | $19,720.04 | $0.00 | $0.00 | $0.00 | $0.00 | $19,720.04 | $19,720.04 |
| SSC Canton Operating Company | 12/16/2021 | 41901170 | $10,178.87 | $0.00 | $0.00 | $0.00 | $0.00 | $10,178.87 | $10,178.87 |
| SSC Canton Operating Company | 12/16/2021 | 41901171 | $34,510.29 | $0.00 | $0.00 | $0.00 | $0.00 | $34,510.29 | $34,510.29 |
| SSC Canton Operating Company | 12/20/2021 | 41901186 | $1,059.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,059.00 | $1,059.00 |
| SSC Canton Operating Company | 12/20/2021 | 41901187 | $3,507.90 | $0.00 | $0.00 | $0.00 | $0.00 | $3,507.90 | $3,507.90 |
| SSC Canton Operating Company | 12/22/2021 | 41901193 | $27,402.10 | $0.00 | $0.00 | $0.00 | $0.00 | $27,402.10 | $27,402.10 |
| SSC Canton Operating Company | 12/22/2021 | 41901194 | $25,479.56 | $0.00 | $0.00 | $0.00 | $0.00 | $25,479.56 | $25,479.56 |
| SSC Canton Operating Company | 12/22/2021 | 41901195 | $10,963.85 | $0.00 | $0.00 | $0.00 | $0.00 | $10,963.85 | $10,963.85 |
| SSC Canton Operating Company | 12/22/2021 | 41901196 | $42,727.54 | $0.00 | $0.00 | $0.00 | $0.00 | $42,727.54 | $42,727.54 |
| SSC Austell Operating Company | 12/30/2021 | 41901211 | $26,713.35 | $26,307.29 | $0.00 | $0.00 | $0.00 | $406.06 | $406.06 |

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date.** Generated 7/20/2022 1:12 PM by TEMPWORKS\\VTL08288

| Company | Date | Invoice | Amount | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSC Canton Operating Company | 12/30/2021 | 41901214 | $28,795.19 | $0.00 | | $0.00 | $0.00 | $0.00 | $28,795.19 | $28,795.19 |
| SSC Austell Operating Company | 1/6/2022 | 41901229 | $27,212.27 | $27,597.49 | | $0.00 | $0.00 | $0.00 | ($385.22) | ($385.22) |
| SSC Marietta Operating Company | 1/6/2022 | 41901230 | $35,300.48 | $32,256.16 | | $0.00 | $0.00 | $0.00 | $3,044.32 | $3,044.32 |
| SSC Canton Operating Company | 1/6/2022 | 41901233 | $42,247.75 | $0.00 | | $0.00 | $0.00 | $0.00 | $42,247.75 | $42,247.75 |
| SSC Austell Operating Company | 1/12/2022 | 41901256 | $29,360.15 | $0.00 | | $0.00 | $0.00 | $0.00 | $29,360.15 | $29,360.15 |
| SSC Marietta Operating Company | 1/12/2022 | 41901257 | $27,850.12 | $0.00 | | $0.00 | $0.00 | $0.00 | $27,850.12 | $27,850.12 |
| SSC Rome Operating Company | 1/12/2022 | 41901258 | $14,456.52 | $0.00 | | $0.00 | $0.00 | $0.00 | $14,456.52 | $14,456.52 |
| SSC Canton Operating Company | 1/12/2022 | 41901260 | $42,935.18 | $0.00 | | $0.00 | $0.00 | $0.00 | $42,935.18 | $42,935.18 |
| SSC Austell Operating Company | 1/20/2022 | 41901276 | $31,029.30 | $0.00 | | $0.00 | $0.00 | $0.00 | $31,029.30 | $31,029.30 |
| SSC Marietta Operating Company | 1/20/2022 | 41901277 | $26,280.69 | $0.00 | | $0.00 | $0.00 | $0.00 | $26,280.69 | $26,280.69 |
| SSC Rome Operating Company | 1/20/2022 | 41901278 | $11,407.88 | $0.00 | | $0.00 | $0.00 | $0.00 | $11,407.88 | $11,407.88 |
| SSC Canton Operating Company | 1/20/2022 | 41901279 | $64,375.49 | $0.00 | | $0.00 | $0.00 | $0.00 | $64,375.49 | $64,375.49 |
| SSC Austell Operating Company | 1/25/2022 | 41901293 | $2,224.68 | $0.00 | | $0.00 | $0.00 | $0.00 | $2,224.68 | $2,224.68 |
| SSC Operating Company | 1/25/2022 | 41901294 | $606.69 | $0.00 | | $0.00 | $0.00 | $0.00 | $606.69 | $606.69 |
| SSC Austell Operating Company | 1/27/2022 | 41901302 | $22,692.16 | $0.00 | | $0.00 | $0.00 | $0.00 | $22,692.16 | $22,692.16 |
| SSC Marietta Operating Company | 1/27/2022 | 41901303 | $28,761.99 | $0.00 | | $0.00 | $0.00 | $0.00 | $28,761.99 | $28,761.99 |
| SSC Rome Operating Company | 1/27/2022 | 41901304 | $8,221.59 | $0.00 | | $0.00 | $0.00 | $0.00 | $8,221.59 | $8,221.59 |
| SSC Canton Operating Company | 1/27/2022 | 41901305 | $54,271.93 | $0.00 | | $0.00 | $0.00 | $0.00 | $54,271.93 | $54,271.93 |
| SSC Austell Operating Company | 2/3/2022 | 41901323 | $16,288.51 | $16,959.00 | | $0.00 | $0.00 | $0.00 | ($670.49) | ($670.49) |
| SSC Canton Operating Company | 2/3/2022 | 41901325 | $52,175.30 | $0.00 | | $0.00 | $0.00 | $0.00 | $52,175.30 | $52,175.30 |
| SSC Marietta Operating Company | 2/3/2022 | 41901326 | $32,512.98 | $0.00 | | $0.00 | $0.00 | $0.00 | $32,512.98 | $32,512.98 |
| SSC Rome Operating Company | 2/3/2022 | 41901327 | $10,454.37 | $0.00 | | $0.00 | $0.00 | $0.00 | $10,454.37 | $10,454.37 |
| SSC Austell Operating Company | 2/9/2022 | 41901341 | $13,053.61 | $14,499.95 | | $0.00 | $0.00 | $0.00 | ($1,446.34) | ($1,446.34) |
| SSC Canton Operating Company | 2/9/2022 | 41901342 | $42,211.95 | $0.00 | | $0.00 | $0.00 | $0.00 | $42,211.95 | $42,211.95 |

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date** Generated 02/24/2022 1:12 PM by TEMPWORKS\\VTL08288

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SSC Marietta Operating Company | 2/9/2022 | 41901343 | $34,252.32 | $0.00 | | $0.00 | $0.00 | $0.00 | $34,252.32 | $34,252.32 |
| SSC Rome Operating Company | 2/9/2022 | 41901344 | $4,122.52 | $0.00 | | $0.00 | $0.00 | $0.00 | $4,122.52 | $4,122.52 |
| SSC Austell Operating Company | 2/10/2022 | 41901350 | $130.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $130.00 | $130.00 |
| SSC Operating Company | 2/17/2022 | 41901363 | $884.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $884.00 | $884.00 |
| SSC Austell Operating Company | 2/17/2022 | 41901364 | $10,010.66 | $11,289.50 | | $0.00 | $0.00 | $0.00 | ($1,278.84) | ($1,278.84) |
| SSC Canton Operating Company | 2/17/2022 | 41901365 | $41,559.73 | $0.00 | | $0.00 | $0.00 | $0.00 | $41,559.73 | $41,559.73 |
| SSC Marietta Operating Company | 2/17/2022 | 41901366 | $27,664.98 | $0.00 | | $0.00 | $0.00 | $0.00 | $27,664.98 | $27,664.98 |
| SSC Operating Company | 2/23/2022 | 41901379 | $1,602.20 | $0.00 | | $0.00 | $0.00 | $0.00 | $1,602.20 | $1,602.20 |
| SSC Austell Operating Company | 2/23/2022 | 41901380 | $2,598.77 | $2,453.45 | | $0.00 | $0.00 | $0.00 | $145.32 | $145.32 |
| SSC Canton Operating Company | 2/23/2022 | 41901381 | $45,118.13 | $0.00 | | $0.00 | $0.00 | $0.00 | $45,118.13 | $45,118.13 |
| SSC Marietta Operating Company | 2/23/2022 | 41901382 | $37,981.40 | $36,627.38 | | $0.00 | $0.00 | $0.00 | $1,354.02 | $1,354.02 |
| SSC Rome Operating Company | 2/23/2022 | 41901383 | $7,166.65 | $0.00 | | $0.00 | $0.00 | $0.00 | $7,166.65 | $7,166.65 |
| SSC Operating Company | 3/3/2022 | 41901397 | $1,142.80 | $0.00 | | $0.00 | $0.00 | $0.00 | $1,142.80 | $1,142.80 |
| SSC Austell Operating Company | 3/3/2022 | 41901398 | $10,047.95 | $10,048.00 | | $0.00 | $0.00 | $0.00 | ($0.05) | ($0.05) |
| SSC Canton Operating Company | 3/3/2022 | 41901399 | $55,693.05 | $0.00 | | $0.00 | $0.00 | $0.00 | $55,693.05 | $55,693.05 |
| SSC Marietta Operating Company | 3/3/2022 | 41901400 | $38,448.33 | $38,642.46 | | $0.00 | $0.00 | $0.00 | ($194.13) | ($194.13) |
| SSC Rome Operating Company | 3/3/2022 | 41901401 | $9,253.50 | $0.00 | | $0.00 | $0.00 | $0.00 | $9,253.50 | $9,253.50 |
| SSC Austell Operating Company | 3/10/2022 | 41901414 | $8,970.83 | $10,491.84 | | $0.00 | $0.00 | $0.00 | ($1,521.01) | ($1,521.01) |
| SSC Canton Operating Company | 3/10/2022 | 41901415 | $43,436.24 | $0.00 | | $0.00 | $0.00 | $0.00 | $43,436.24 | $43,436.24 |
| SSC Marietta Operating Company | 3/10/2022 | 41901416 | $31,744.47 | $11,179.00 | | $0.00 | $0.00 | $0.00 | $20,565.47 | $20,565.47 |
| SSC Rome Operating Company | 3/10/2022 | 41901417 | $7,524.88 | $0.00 | | $0.00 | $0.00 | $0.00 | $7,524.88 | $7,524.88 |
| SSC Canton Operating Company | 3/17/2022 | 41901431 | $40,253.60 | $0.00 | | $0.00 | $0.00 | $0.00 | $40,253.60 | $40,253.60 |
| SSC Marietta Operating Company | 3/17/2022 | 41901432 | $37,928.55 | $0.00 | | $0.00 | $0.00 | $0.00 | $37,928.55 | $37,928.55 |
| SSC Rome Operating Company | 3/17/2022 | 41901433 | $4,330.33 | $0.00 | | $0.00 | $0.00 | $0.00 | $4,330.33 | $4,330.33 |

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date** Generated 6/28/2022 1:12 PM by TEMPWORKS\\VTL08288

| Company | Date | Invoice # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSC Canton Operating Company | 3/17/2022 | 41901441 | $606.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $606.00 | $606.00 |
| SSC Canton Operating Company | 3/17/2022 | 41901442 | $990.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $990.00 | $990.00 |
| SSC Canton Operating Company | 3/24/2022 | 41901452 | $50,148.27 | $0.00 | | $0.00 | $0.00 | $0.00 | $50,148.27 | $50,148.27 |
| SSC Marietta Operating Company | 3/24/2022 | 41901453 | $8,883.90 | $0.00 | | $0.00 | $0.00 | $0.00 | $8,883.90 | $8,883.90 |
| SSC Rome Operating Company | 3/24/2022 | 41901454 | $3,617.62 | $0.00 | | $0.00 | $0.00 | $0.00 | $3,617.62 | $3,617.62 |
| SSC Austell Operating Company | 3/31/2022 | 41901471 | $18,976.95 | $14,178.35 | | $0.00 | $0.00 | $0.00 | $4,798.60 | $4,798.60 |
| SSC Canton Operating Company | 3/31/2022 | 41901472 | $46,815.13 | $0.00 | | $0.00 | $0.00 | $0.00 | $46,815.13 | $46,815.13 |
| SSC Austell Operating Company | 4/6/2022 | 41901489 | $3,707.63 | $9,231.23 | | $0.00 | $0.00 | $0.00 | ($5,523.60) | ($5,523.60) |
| SSC Canton Operating Company | 4/6/2022 | 41901490 | $42,471.47 | $0.00 | | $0.00 | $0.00 | $0.00 | $42,471.47 | $42,471.47 |
| SSC Canton Operating Company | 4/7/2022 | 41901497 | $0.00 | $48,745.47 | | $0.00 | $0.00 | $0.00 | ($48,745.47) | ($48,745.47) |
| SSC Canton Operating Company | 4/7/2022 | 41901499 | $1,318.20 | $0.00 | | $0.00 | $0.00 | $0.00 | $1,318.20 | $1,318.20 |
| SSC Operating Company | 4/14/2022 | 41901506 | $3,098.65 | $0.00 | | $0.00 | $0.00 | $0.00 | $3,098.65 | $3,098.65 |
| SSC Austell Operating Company | 4/14/2022 | 41901507 | $461.25 | $0.00 | | $0.00 | $0.00 | $0.00 | $461.25 | $461.25 |
| SSC Canton Operating Company | 4/14/2022 | 41901508 | $39,209.19 | $0.00 | | $0.00 | $0.00 | $0.00 | $39,209.19 | $39,209.19 |
| **Group Totals:** | | | $1,932,542.51 | $563,394.13 | | $0.00 | $0.00 | $0.00 | $1,369,148.38 | $1,369,148.38 |
| Percentage of Total Balance: | | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |
| **Report Totals:** | | | $1,932,542.51 | $563,394.13 | | $0.00 | $0.00 | $0.00 | $1,369,148.38 | $1,369,148.38 |
| Percentage of Total Balance: | | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date.**

| DSO |
| --- |
| 329 |
| 322 |
| 315 |
| 293 |
| 282 |
| 280 |
| 275 |
| 254 |
| 240 |
| 234 |
| 217 |
| 217 |
| 217 |
| 217 |
| 213 |
| 213 |
| 211 |
| 211 |
| 211 |
| 211 |
| 203 |

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date** generated 7/20/2022 1:12 PM by TEMPWORKS\\VTL08288

203

196

196

196

190

190

190

190

182

182

182

182

177

177

175

175

175

175

168

168

168

168

162

162

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date** Generated 7/20/2022 1:12 PM by TEMPWORKS\\VTL08288

162

162

161

154

154

154

154

148

148

148

148

148

140

140

140

140

140

133

133

133

133

126

126

126

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date.** Generated 7/20/2021 1:12 PM by TEMPWORKS\\VTL08288

126

126

119

119

119

112

112

106

106

105

105

98

98

98

**174.63**

**174.63**

**NOTE: Report does not support credit limits when grouping by Due Date or Invoice Date** generated 7/20/2022 1:12 PM by TEMPWORKS\\VTL08288